SO ORDERED.

Dated: April 28, 2014



*Madeleine C. Wanslee*
Madeleine C. Wanslee, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| KATHLEEN A. KEALY, | No. 2:13-bk-00563-MCW |
| Debtor. | ORDER AUTHORIZING TRUSTEE TO SELL REAL PROPERTY |

Upon the Joint Motion by Trustee and Judgment Creditors to Sell Real Property ("Sale Motion") concerning a certain residence at 5526 East Camelhill Road, Phoenix, Maricopa County, Arizona, the legal description of which is attached and incorporated as Exhibit "A" (the "Property") and after notice and hearing on April 22, 2014, and no objections having been filed, and good cause appearing therefor;

The Court has considered the Motion and the file in this case, and has determined that approval is appropriate and in the best interest of the Estate. In furtherance of the relief granted herein, the Court also finds as follows:

    (i)    This Court has jurisdiction over this case and the Application pursuant to 28 U.S.C. §§ 1334 and 157, and this matter is a core proceeding under 28 U.S.C. § 157(b);

    (ii)    The sale was negotiated and bid in good faith and is an arm's length transaction; valuable consideration has been, or will be, provided to the Estate for the assets transferred herein; the Property was offered for sale at public hearing; and, the consideration received by the Estate after the opportunity for competitive bidding is fair under the circumstances;

    (iii)    SSSN Investments, LLC ("Buyer") is a good faith purchaser within the meaning of 11 U.S.C. § 363(m), and is entitled to all protections provided under that section of the Bankruptcy Code;

    (iv)    The sale is in the best interest of the Estate;

(iv) Notice and opportunity for hearing are adequate and appropriate under the circumstances, and in compliance with applicable Bankruptcy Rules and provisions of the Bankruptcy Code, including, without limitation, Rules 2002, and 6004, Fed. R. Bankr. P.;

Accordingly,

IT IS HEREBY ORDERED that the sale is approved.

IT IS FURTHER ORDERED that Property be sold, transferred and conveyed by the Trustee to Buyer for a total purchase price of Six Hundred Twenty-five Thousand Dollars ($625,000.00) pursuant to 11 U.S.C. § 363(b) and (f), free and clear of the judgment liens of Buyer, JPMorgan Chase Bank, N.A. ("Chase Bank") and Fidelity and Deposit Company of Maryland ("Fidelity"); however, remaining subject to municipal assessments and Maricopa County property taxes.

IT IS FURTHER ORDERED the purchase price shall be paid as follows:

(a) Buyer will pay cash sufficient to satisfy the Bank of America liens (approximately $371,630.49), and to provide a $25,000 payment to the Estate.

(b) Buyer credit bids approximately $225,000 of its Judgment Lien.

(c) Buyer will pay at closing the additional sum of $45,000 collectively to Chase Bank and Fidelity to obtain a release of the judgment liens of Buyer, Chase Bank and Fidelity (the "Judgment Liens"). Chase Bank will receive $11,802.02 and Fidelity will receive $33,197.98.

IT IS FURTHER ORDERED, without the need for further action of the holders of the Judgment Liens (the "Judgment Creditors"), including, without limitation, the need to file a formal proof of claim in this case: (i) Fidelity shall be and is allowed a general unsecured claim in the amount of $138,480.97; (ii) Chase Bank shall be and is allowed a general unsecured claim in the amount of $39,432.26; and (iii) Buyer shall be and is allowed a general unsecured claim in the amount of $702,369.31 (the "Buyer's General Unsecured Claim"). Of Buyer's General Unsecured Claim; (i) $518,158.91 shall be and is assigned to Fidelity; and (ii) $184,210.40 shall be and is assigned to Chase Bank. The relief provided herein is intended only to relieve the Judgment Creditors from the burden to file formal proofs of claim and, in the case of the Buyer's General Unsecured Claim, the assignment thereof, and does not relieve any party from the obligation to amend such claim, should the

amount of the claim no longer be accurate, or the ability of any party to file an objection for good cause on any basis other than a formal proof of claim has not been filed. Nothing in this Order shall preclude a party from filing a proof of claim, if such party so chooses and, to the extent necessary, the Chapter 7 Trustee shall use the authority provided under Rule 3004, Fed. R. Bankr. P., to implement the terms of this Order. The Judgment Creditors retain the right and do not waive or release the right to seek any remaining amount owed under their respective judgments over the amount of the credit bid, in the case of Buyer, and/or any amount actually received, in the case of Fidelity and Chase Bank. Judgment Creditors are not releasing any obligor under their respective judgments, and are not waiving or releasing any amount owed under the judgments above the amount of the credit bid, in the case of Buyer, and/or any amount actually received, in the case of Fidelity and Chase Bank.

IT IS FURTHER ORDERED that Buyer shall close escrow within seven (7) days of the entry of this Order.

IT IS FURTHER ORDERED that the sale is on an unconditional as/is where/is basis without any warranties or guarantees. This Order shall be enforceable in law and equity, including the remedy of specific performance.

IT IS FURTHER ORDERED that Buyer is a good faith purchaser and is entitled to the benefits provided by 11 U.S.C. § 363(m).

IT IS FURTHER ORDERED that the Trustee is authorized and directed to execute all additional documents and perform other such acts as may be necessary or reasonably requested to facilitate and complete the transactions provided for in the Sale Motion.

IT IS FURTHER ORDERED that this Order is a final order for purposes of Rule 8001, Fed. R. Bankr. P.

IT IS FURTHER ORDERED that the fourteen (14) day stay is waived pursuant to 6004(h), Fed. R. Bankr. P.

**SIGNED AND DATED ABOVE**

EXHIBIT "A"

PARCEL NO. 1:

LOT 12, BLOCK A, OF ARCADIA ESTATES, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 15 OF MAPS, PAGE 22.

PARCEL NO. 2:

A NON-EXCLUSIVE PERPETUAL EASEMENT WHICH SHALL RUN WITH THE LAND DESCRIBED IN PARCEL NO. 1 ABOVE FOR INGRESS AND EGRESS PURPOSES, OVER A PORTION OF LOTS 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 AND 12, BLOCK A, OF ARCADIA ESTATES, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 15 OF MAPS, PAGE 22, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE EAST QUARTER CORNER OF SECTION 20, TOWNSHIP 2 NORTH, RANGE 4 EAST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA;

THENCE NORTH 0 DEGREES 03 MINUTES 05 SECONDS EAST, ALONG THE EAST LINE OF SAID SECTION 20, A DISTANCE OF 24.98 FEET;

THENCE SOUTH 88 DEGREES 57 MINUTES 27 SECONDS WEST, 387.01 FEET;

THENCE NORTH 01 DEGREES 02 MINUTES 33 SECONDS WEST, 40.00 FEET TO THE TRUE POINT OF BEGINNING, SAID POINT BEING ON THE NORTH RIGHT OF LINE OF CAMELBACK ROAD, AS RECORDED IN DOCKET 3539, PAGE 141, RECORDS OF MARICOPA COUNTY, ARIZONA;

THENCE ALONG A CIRCULAR CURVE CONCAVE NORTHWESTERLY HAVING A RADIUS OF 17.00 FEET THROUGH A CENTRAL ANGLE OF 86 DEGREES 13 MINUTES 57 SECONDS AND AN ARC LENGTH OF 25.58 FEET;

THENCE NORTH 2 DEGREES 43 MINUTES 30 SECONDS EAST, 143.94 FEET TO THE BEGINNING OF A CIRCULAR CURVE CONCAVE SOUTHWESTERLY HAVING A RADIUS OF 17.00 FEET;

THENCE ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 77 DEGREES 13 MINUTES 30 SECONDS AND AN ARC LENGTH OF 22.91 FEET;

THENCE NORTH 74 DEGREES 30 MINUTES 00 SECONDS WEST, 88.34 FEET TO A POINT OF CURVE CONCAVE NORTHEASTERLY HAVING A CENTRAL ANGLE OF 18 DEGREES 32 MINUTES 14 SECONDS AND A RADIUS OF 139.05 FEET;

THENCE NORTHWESTERLY ALONG SAID CURVE, A DISTANCE OF 44.99 FEET TO A POINT OF TANGENCY;

THENCE NORTH 55 DEGREES 57 MINUTES 46 SECONDS WEST, 70.82 FEET TO A POINT OF CURVE WITH A CURVE CONCAVE TO THE SOUTHWEST HAVING A CENTRAL ANGLE OF 27 DEGREES 24 SECONDS 44 MINUTES AND A RADIUS OF 65.51 FEET;

THENCE NORTHWESTERLY ALONG SAID CURVE, A DISTANCE OF 31.34 FEET TO A POINT OF TANGENCY;

THENCE NORTH 88 DEGREES 22 MINUTES 30 SECONDS WEST, 104.70 FEET TO A POINT OF CURVE WITH A CURVE CONCAVE SOUTHEASTERLY HAVING A CETNRAL ANGLE OF 83 DEGREES 11 MINUTES 58 SECONDS AND A RADIUS OF 12.00 FEET;

THENCE SOUTHWESTERLY ALONG SAID CURVE, A DISTANCE OF 17.43 FEET TO A POINT OF TANGENCY;

THENCE SOUTH 13 DEGREES 25 MINUTES 32 SECONDS WEST, 94.04 FEET TO A POINT OF CURVE WITH A CURVE CONCAVE NORTHWESTERLY HAVING A CENTRAL ANGLE OF 80 DEGREES 12 MINUTES 06 SECONDS AND A RADIUS OF 18 FEET;

THENCE SOUTHWESTERLY ALONG SAID CURVE, A DISTANCE OF 25.20 FEET TO A POINT OF TANGENCY;

THENCE NORTH 86 DEGREES 22 MINUTES 22 SECONDS WEST, 59.56 FEET TO A POINT OF CURVE WITH A CURVE CONCAVE SOUTHEASTERLY HAVING A CENTRAL-ANGLE OF 22 DEGREES 49 MINUTES 08 SECONDS AND A RADIUS OF 82.60 FEET;

THENCE SOUTHWESTERLY ALONG SAID CURVE 32.90 FEET TO A POINT OF TANGENCY;

THENCE SOUTH 70 DEGREES 48 MINUTES 30 SECONDS WEST, 45.43 FEET TO A POINT OF CURVE WITH A CURVE CONCAVE SOUTHEASTERLY HAVING A CENTRAL ANGLE OF 52 DEGREES 28 MINUTES 34 SECONDS AND A RADIUS OF 17.00 FEET;

THENCE SOUTHWESTERLY ALONG SAID CURVE, A DISTANCE OF 15.57 FEET TO A POINT OF REVERSE CURVE WITH A CURVE CONCAVE NORTHEASTERLY HAVING A CENTRAL ANGLE OF 284 DEGREES 57 MINUTES 09 SECONDS AND A RADIUS OF 38.00 FEET;

THENCE SOUTHERLY, WESTERLY, NORTHERLY AND EASTERLY ALONG SAID CURVE, A DISTANCE OF 188.99 FEET TO A POINT OF REVERSE CURVATURE WITH A CURVE CONCAVE NORTHERLY HAVING A CETNRAL ANGLE OF 52 DEGREES 28 MINUTES 34 SECONDS AND A RADIUS OF 17.00 FEET;

THENCE SOUTHEASTERLY ALONG SAID CURVE, A DISTANCE OF 15.57 FEET TO A POINT OF TANGENCY;

THENCE NORTH 70 DEGREES 48 MINUTES 30 SECONDS EAST, 45.43 FEET TO A POINT OF CURVE WITH A CURVE CONCAVE SOUTHEASETERLY HAVING A CENTRAL ANGLE OF 22 DEGREES 49 MINUTES 08 SECONDS AND A RADIUS OF 115.60 FEET;

THENCE NORTHEASTERLY ALONG SAID CURVE, A DISTANCE OF 46.04 FEET TO A POINT OF TANGENCY;

THENCE SOUTH 86 DEGREES 22 MINUTES 22 SECONDS EAST, 36.82 FEET TO A POINT OF CURVE CONCAVE NORTHWESTERLY HAVING A CENTRAL ANGLE OF 80 DEGREES, 12 MINUTES 06 SECONDS AND A RADIUS OF 12 FEET;

THENCE NORTHEASTERLY ALONG SAID CURVE, A DISTANCE OF 16.80 FEET TO A POINT OF TANGENCY;

THENCE NORTH 13 DEGREES 25 MINUTES 32 SECONDS EAST, 95.27 FEET TO A POINT OF CURVE WITH A CURVE CONCAVE SUTHEASTERLY HAVING A CENTRAL ANGLE OF 83 DEGREES 11 MINUTES 58 SECONDS AND A RADIUS OF 18.00 FEET;

THENCE NORTHEASTERLY ALONG SAID CURVE, A DISTANCE OF 26.14 FEET TO A POINT OF TANGENCY;

THENCE SOUTH 83 DEGREES 22 MINUTES 30 SECONDS EAST, 128.67 FEET TO A POINT OF CURVE WITH A CURVE CONCAVE SOUTHWESTERLY HAVING A CENTRAL ANGLE OF 27 DEGREES 24 MINUTES 44 SECONDS AND A RADIUS OF 98.51 FEET;

THENCE SOUTHEASTERLY ALONG SAID CURVE, A DISTANCE OF 47.13 FEET TO A POINT OF TANGENCY;

THENCE SOUTH 55 DEGREES 57 MINUTES 46 SECONDS EAST, 70.82 FEET TO A POINT OF CURVE WITH A CURVE CONCAVE NORTHEASTERLY HAVING A CENTRAL ANGLE OF 18 DEGREES 32 MINUTES 14 SECONDS AND HAVING A RADIUS OF 106.05 FEET;

THENCE SOUTHEASTERLY ALONG SIAD CURVE, A DISTANCE OF 34.31 FEET TO A POINT OF TANGENCY;

THENCE SOUTH 74 DEGREES 30 MINUTES 00 SECONDS EAST, 72.52 FEET TO THE BEGINNING OF A CIRCULAR CURVE CONCAVE NORTHERLY HAVING A RADIUS OF 17.00 FEET;

THENCE ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 30 DEGREES 27 MINUTES 01 SECONDS AND AN ARC LENGTH OF 9.03 FEET TO A POINT OF REVERSE CURVATURE WITH A CURVE CONCAVE SOUTHWESTERLY HAVING A RADIUS OF 41.00 FEET;

THENCE ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 138 DEGREES 07 MINUTES 32 SECONDS AND AN ARC LENGTH OF 98.84 FEET TO A POINT OF REVERSE CURVATURE WITH A CURVE CONCAVE EASTERLY HAVING A RADIUS OF 17.00 FEET;

THENCE ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 30 DEGREES 27 MINUTES 01 SECONDS AND AN ARC LENGTH OF 9.03 FEET;

THENCE SOUTH 2 DEGREES 43 MINUTES 30 SECONDS WEST, 123.71 FEET TO A POINT OF CURVATURE WITH A CURVE CONCAVE NORTHEASTERLY HAVING A RADIUS OF 17.00 FEET;

THENCE ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 93 DEGREES 46 MINUTES 03 SECONDS AND AN ARC LENGTH OF 27.82 FEET TO A POINT ON THE NORTH RIGHT OF WAY LINE OF CAMELBACK ROAD AS RECORDED IN DOCKET 3539, PAGE 141, RECORDS OF MARICOPA COUNTY, ARIZONA;

THENCE SOUTH 88 DEGREES 57 MINUTES 27 SECONDS WEST, 67.15 FEET TO THE TRUE POINT OF BEGINNING;

EXCEPT ANY PORTION THEREOF LYING WITH PARCEL NO. 1.