**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane – 007435
Email: michael.lane@lane-nach.com

Attorneys for Lothar Goernitz, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| KATHLEEN A. KEALY, | No. 2:13-bk-00563-MCW |
| Debtor. | **CERTIFICATE OF SERVICE** |

I, Sheila Rochin, a paralegal with the law firm of Lane & Nach, P.C., in its capacity as attorneys for Lothar Goernitz, Trustee, hereby certifies that on May 7, 2014, I caused a copy of the Signed Order to Appear and Show Cause Directed to Bank of America, N.A., As To Why It Should Not Be Ordered to Provide Payoff Information and for Sanctions, to be electronically delivered as follows:

Steven Stern
Andrew H. Pastwick
Miles, Bauer, Bergstrom & Winters, LLC
Email: sstern@mileslegal.com
Email: apastwick@mileslegal.com
Attorney for Bank of America, N.A.

Parker Evan Bornmann
The Bornmann Law Group PLLC
Email: courts@bankruptcy-az.com
Attorney for Debtor

Keith L. Hendricks
Jason Y. Moyes
Moyes Sellers & Hendricks, Ltd.
Email: khendricks@law-msh.com
Email: jasonmoyes@law-msh.com
Attorneys for SSSN Investments, LLC

Bryan Albue
Sherman & Howard, L.L.C.
Email: balbue@shermanhoward.com
Attorneys for JP Morgan Chase Bank

Office of U.S. Trustee
Email: Jennifer.A.Giaimo@usdoj.gov

DATED: May 7, 2014.

                                      /s/ Sheila Rochin
                                      Sheila Rochin