SO ORDERED.

Dated: May 7, 2014

_Madeleine C. Wanslee_
Madeleine C. Wanslee, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>KATHLEEN A. KEALY, | (Chapter 7 Case)<br><br>No. 2:13-bk-00563-MCW<br><br>**ORDER TO APPEAR AND SHOW CAUSE DIRECTED TO BANK OF AMERICA, N.A., AS TO WHY IT SHOULD NOT BE ORDERED TO PROVIDE PAYOFF INFORMATION AND FOR SANCTIONS** |

Upon the Application for Order to Show Cause Directed to Bank of America, N.A., as to Why It Should Not Be Ordered to Provide Payoff Information and for Sanctions, filed by Lothar Goernitz, Trustee, and good cause appearing therefor:

IT IS HEREBY ORDERED directing a representative of Bank of America, N.A., to appear before this Court on the 19 th day of May, 2014, at 11:00 am o'clock, 230 North First Avenue, Seventh Floor, Courtroom 702, Phoenix, Arizona, and SHOW CAUSE, if any it has, why it should not be required to provide payoff information on its loans (loan numbers 30553806-8 and 1340666000) to the Trustee and/or Security Title, and why this Court should not issue sanctions.

IT IS FURTHER ORDERED directing Trustee to immediately serve a copy of this Order to the attorney for Bank of America, N.A. and file a certificate of service therefor.

**DATED AND SIGNED ABOVE**

```
                              United States Bankruptcy Court
                                    District of Arizona
In re:                                                        Case No. 13-00563-MCW
KATHLEEN A KEALY                                              Chapter 7
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0970-2         User: brennerc            Page 1 of 1           Date Rcvd: May 07, 2014
                             Form ID: pdf001           Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2014.
db         +KATHLEEN A KEALY,    5611 E. CAMELBACK ROAD,    PHOENIX, AZ 85018-3242
cr         +BANK OF AMERICA, N.A...,    Miles, Bauer, Berstrom & Winters, LLP,
             2200 Paseo Verde Pkwy., Suite 250,   Henderson, NV 89052-2704
cr         +JPMorgan Chase Bank, N.A.,    C/O Bryan Albue,    Sherman & Howard,    201 E. Washington, Ste. 800,
             Phoenix, AZ 85004-2327,    U.S.A.
11934929   +American Express,    PO Box 981537,   El Paso TX 79998-1537
11934930  ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,    4161 Piedmont Pkwy,    Greensboro NC 27410)
12348569   +SSSN Investments, LLC, Assignee,    Contractors Capital Corporation,    C/O Keith L. Hendricks,
             Moyes Sellers & Hendricks,   1850 North Central Avenue, Suite 1100,
             Phoenix, Arizona 85004-4541
11934933   +Zions First National,    PO Box 30160,    Salt Lake City UT 84130-0160

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp        Contractor's Capital Corporation
11934932    Fidelity
11934931*  ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO BOX 982238,    El Paso TX 79998)
                                                                                          TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2014                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2014 at the address(es) listed below:
              ANDREW HENRY PASTWICK    on behalf of Creditor   BANK OF AMERICA, N.A... apastwick@mileslegal.com
              BRYAN A. ALBUE    on behalf of Creditor    JPMorgan Chase Bank, N.A. balbue@shermanhoward.com,
               efiling@shermanhoward.com
              JASON Y. MOYES    on behalf of Interested Party    Contractor's Capital Corporation
               jasonmoyes@law-msh.com, dnavarro@law-msh.com;docket@law-msh.com
              KEITH L. HENDRICKS    on behalf of Interested Party    Contractor's Capital Corporation
               khendricks@law-msh.com, dnavarro@law-msh.com;docket@law-msh.com
              LOTHAR GOERNITZ     lothargoernitz@lgt.phxcoxmail.com, lgoernitz@ecf.epiqsystems.com
              MICHAEL P. LANE    on behalf of Trustee LOTHAR   GOERNITZ
               mplbkcourt@lane-nach.com;lnbkcourt@yahoo.com;danica.kolb@lane-nach.com
              PARKER EVAN BORNMANN    on behalf of Debtor KATHLEEN A KEALY courts@bankruptcy-az.com,
               bornmannecfbackup@gmail.com
              U.S. TRUSTEE     USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                             TOTAL: 8
```