**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane – 007435
Email: michael.lane@lane-nach.com

Attorney for Lothar Goernitz, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | (Chapter 7 Case) |
|---|---|
| KATHLEEN A. KEALY, | No. 2:13-bk-00563-MCW |
| Debtor. | **WITHDRAWAL OF TRUSTEE'S APPLICATION FOR ORDER TO SHOW CAUSE DIRECTED TO BANK OF AMERICA, N.A.**<br><br>**Hearing: 5/19/14 @ 11:00** |

Lothar Goernitz, Trustee, by and through his attorneys undersigned, herein withdraws his previously filed Application for Order to Show Cause Directed to Bank of America, N.A., for the reason that the Bank has provided the necessary payoff statements and agreed to reduce its legal fees by $500.00. The Order to Show Cause hearing currently set for May 19, 2014 at 11:00 a.m. is now moot and Trustee requests that it be vacated.

RESPECTFULLY SUBMITTED this 14th day of May, 2014.

**LANE & NACH, P.C.**


By  /s/ MPL 007435
    Michael P. Lane
    Attorney for Trustee

COPY of the foregoing delivered via electronic notification to:

Steven Stern
Andrew H. Pastwick
Miles, Bauer, Bergstrom & Winters, LLC
2200 Paseo Verde Pkwy, Suite 250
Henderson, NV 89052
sstern@mileslegal.com
apastwick@mileslegal.com
Attorney for Bank of America, N.A.

Parker Evan Bornmann
The Bornmann Law Group PLLC
1731 W. Baseline Road
Suite 100
Mesa, AZ 85202
Email: courts@bankruptcy-az.com
Attorney for Debtor

Keith L. Hendricks
Jason Y. Moyes
Moyes Sellers & Hendricks, Ltd.
1850 N. Central Avenue, Suite 1100
Phoenix, Arizona 85004
khendricks@law-msh.com
jasonmoyes@law-msh.com
Attorneys for SSSN Investments, LLC

Bryan Albue
Sherman & Howard, L.L.C.
201 E. Washington Street
Suite 800
Phoenix, Arizona 85004
balbue@shermanhoward.com
Attorneys for JP Morgan Chase Bank


Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Jennifer.A.Giaimo@usdoj.gov


By /s/   Sheila Rochin